# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH W. BARNUM, et al., | ) |
| Plaintiff(s), | ) Case No. 2:18-cv-00063-RFB-NJK |
| vs. | ) ORDER |
| OCWEN LOAN SERVICING, LLC, | ) |
| Defendant(s). | ) |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendant failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than March 14, 2018.

IT IS SO ORDERED.

Dated: March 7, 2018

_____
Nancy J. Koppe
United States Magistrate Judge